IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-274-GCM**

| | |
|---|---|
| SAMUEL CRAWFORD, *et al*, <br>               Plaintiffs, <br> v. <br><br> APARTMENT INVESTMENT AND <br> MANAGEMENT COMPANY, AIMCO <br> PROPERTIES, LP, NHP MANAGEMENT <br> COMPANY and AIMCO/BETHESDA <br> HOLDINGS, INC., <br>               Defendants. | ) <br> ) <br> ) <br> ) **ORDER GRANTING** <br> ) **ADMISSION PRO HAC VICE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

     **THIS MATTER** is before the Court upon the motion of Defendants Apartment Investment and Management Company, AIMCO Properties, LP, NHP Management Company, and AIMCO/Bethesda Holdings, Inc., to allow **John M. Husband** to appear *Pro Hac Vice*, dated October 30, 2007 [doc #7].

     Upon careful review and consideration, this Court will grant the Application.

     In accordance with Local Rule 83.1 (B), the Court notes that Mr. Husband has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

     **IT IS SO ORDERED.**

                                                            Signed: November 1, 2007

                                                            Graham C. Mullen
                                                            United States District Judge