IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-274-GCM**

| | |
|---|---|
| SAMUEL CRAWFORD, *et al*, ) | |
| Plaintiffs, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| APARTMENT INVESTMENT AND ) | |
| MANAGEMENT COMPANY, AIMCO ) | |
| PROPERTIES, LP, NHP MANAGEMENT ) | |
| COMPANY and AIMCO/BETHESDA ) | |
| HOLDINGS, INC., ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiffs to allow **Llezlie L. Green** to appear *Pro Hac Vice*, dated October 31, 2007 [doc #15].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Green has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: November 7, 2007

Graham C. Mullen
United States District Judge