IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-274-GCM**

| | | |
|---|---|---|
| SAMUEL CRAWFORD, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| APARTMENT INVESTMENT AND | ) | |
| MANAGEMENT COMPANY, *et al*, | ) | |
| Defendants. | ) | |
| | ) | |

    THIS MATTER is before the court on its own motion. The Parties filed their Certification and Report of Initial Attorneys' Conference [doc. 24] on December 18, 2007. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Wednesday, January 23, 2008, at 10:15 a.m.**

    IT IS SO ORDERED.

                                           Signed: January 3, 2008

                                           Graham C. Mullen
                                           United States District Judge