# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07-CV-274-GCM

| | | |
|---|---|---|
| SAMUEL CRAWFORD, *et al,* | ) | |
|     Plaintiffs, | ) | |
| | ) | <u>ORDER</u> |
| v. | ) | |
| | ) | |
| APARTMENT INVESTMENT AND | ) | |
| MANAGEMENT COMPANY, et al, | ) | |
|     Defendants. | ) | |

    Parties filed their Certification of Initial Attorneys Conference on December 18, 2007. Subsequently, an initial pretrial telephone conference was held and parties were directed to comply with the following deadlines.

    Plaintiffs have provided non-verified responses to the defense discovery request. They are now directed to provide verification for all of these responses within 30 days. Plaintiffs are further directed to file all responses to discovery requests now pending within 90 days from the date of this Order.

    IT IS SO ORDERED.

    Signed: January 23, 2008

Graham C. Mullen
United States District Judge