UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-274-GCM

SAMUEL CRAWFORD, *et al*

        **Plaintiffs,**

v.

APARTMENT INVESTMENT AND
MANAGEMENT COMPANY, AIMCO
PROPERTIES, LP, NHP MANAGEMENT
COMPANY AND AIMCO / BETHESDA
HOLDINGS, INC.,

        **Defendants.**

## ORDER

Upon consideration of the Unopposed Plaintiffs' Motion to Voluntarily Dismiss Certain Plaintiffs [doc. 33] and the entire record herein,

IT IS ORDERED THAT:

Plaintiffs' Motion to Voluntarily Dismiss Plaintiffs Jeremy Deitrick, Richard Reynolds, and Roger Venable is GRANTED, AND;

Plaintiffs Jeremy Deitrick, Richard Reynolds, and Roger Venable are dismissed without prejudice, with each side to bear its own costs.

Signed: June 24, 2008

Graham C. Mullen
United States District Judge