# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SAMUEL CRAWFORD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 3:07-cv-00274-GCM |
| ) | |
| APARTMENT INVESTMENT AND ) | |
| MANAGEMENT COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO APPROVE SETTLEMENT

As set forth more fully in the Memorandum In Support of Motion to Approve Settlement, the parties jointly move this Court to reinstate this litigation and approve the proposed settlement agreement. The parties have negotiated on an arms' length basis a compromise of their dispute that all parties agree is fair, adequate and reasonable, and the Plaintiffs have agreed to settle their claims under the proposed settlement terms.

Accordingly, the parties respectfully request this Court issue an order reinstating this case and approving the proposed settlement agreement.

Dated: September 18, 2008

By: */s/ Jerry H. Walters*

Jerry H. Walters, Jr. (N.C. Bar # 23319)
jwalters@littler.com
LITTLER MENDELSON, P.C.
Bank of America Corporate Center
100 North Tryon Street
Suite 4150
Charlotte, NC 28202
Telephone: (704) 972-7013

and

John M. Husband, P.C. (*admitted Pro Hac Vice*)
jhusband@hollandhart.com
Thomas E.J. Hazard (*admitted Pro Hac Vice*)
tehazard@hollandhart.com
HOLLAND & HART, LLP
555 Seventeenth Street
Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000
Facsimile: (303) 295-8261
*Appearing Pro Hac Vice*

*Attorneys for Defendants*

Respectfully submitted,

By: /s/ *Llezlie L. Green*

Megan Jones (N.C. Bar # 26923)
mjones@cmht.com
Joseph M. Sellers
jsellers@cmht.com
Charles E. Tompkins
ctompkins@cmht.com
Llezlie L. Green
lgreen@cmht.com
COHEN, MILSTEIN, HAUSFELD &
TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2008, I electronically filed the foregoing Motion to Approve Settlement Clerk of the United States District Court, Western District of North Carolina, using the CM/ECF system, which sent e-mail notifications to the following:

John Husband
Christina Gomez
Tanya E. Milligan
Thomas E. J. Hazard
Holland & Hart
555 Seventeenth Street
Suite 3200
Denver, Colorado 80202

Jerry Howard Walters, Jr.
Littler Mendelson, P.C.
100 North Tryon Street
Suite 4150
Charlotte, NC 28202

                                               */s/ Llezlie L. Green*
                                               Llezlie L. Green
                                               lgreen@cmht.com