UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-274-GCM

| | |
|---|---|
| SAMUEL CRAWFORD, *et al*, )<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>APARTMENT INVESTMENT AND )<br>MANAGEMENT COMPANY, *et al*, )<br>        Defendants ) | ORDER |

     Upon consideration of the parties' Motion to Approve Settlement and being fully advised in the premises, IT IS HEREBY ORDERED that the Motion is GRANTED.

                             Signed: September 23, 2008

                             Graham C. Mullen
                             United States District Judge